This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**No. A-1-CA-38528**

**ANDY SHAUN SINARD,**

Petitioner-Appellant,

v.

**JAMIE LEIGH MCLANE WORTLEY,**

Respondent-Appellee.

**APPEAL FROM THE DISTRICT COURT OF EDDY COUNTY**
**Jane Shuler Gray, District Judge**

Sanders, Bruin, Coll & Worley, P.A.
Clayton S. Hightower
Roswell, NM

for Appellant

Max Houston Proctor
Hobbs, NM

for Appellee

**MEMORANDUM OPINION**

**BOGARDUS, Judge.**

**{1}** Summary reversal, in part, and affirmance in part, was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary reversal, in part, and affirmance in part, has been filed and the time for doing so has expired.

**{2}** **REVERSED, IN PART, AND AFFIRMED IN PART.**

**{3}** **IT IS SO ORDERED.**

**KRISTINA BOGARDUS, Judge**

**WE CONCUR:**

**ZACHARY A. IVES, Judge**

**JANE B. YOHALEM, Judge**